WALTER E. OLIVER, respondent,

*v.*

AUTOGRAPHIC REGISTER COMPANY, appellant.

[Decided January 31st, 1936.]

*Messrs. Isaacs & Gunther,* for the respondent.

*Messrs. Wurts & Plympton,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *118 N. J. Eq. 72.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   12.

*For reversal*—None.